## Dixie GRIGGS v. STATE.
### No. 16101.

Court of Criminal Appeals of Texas.
June 7, 1933.

J. W. Culwell, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Possessing intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for three years.

Neither bills of exception nor statement of facts accompany the record. No irregularities in the procedure have been pointed out or perceived.

The judgment is affirmed.

## Shelby B. KERBY v. STATE.
### No. 16169.

Court of Criminal Appeals of Texas.
June 21, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The conviction is for a misdemeanor; the punishment, confinement in jail for 12 months.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Escolastico MOSQUEDO v. STATE.
### No. 16152.

Court of Criminal Appeals of Texas.
June 21, 1933.

Alex F. Cox, of Beeville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for two years.

A plea of guilty was entered. An application for a suspended sentence was denied. The proceedings appear regular. No statement of facts is before this court, and no bills of exception are found in the record.

No error having been perceived or pointed out, the judgment is affirmed.